UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| KAREN D. VAUGHN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 1:16-CV-3257-JMS-DLP |
| | ) |
| JENNIFER WALTHALL, M.D., et al., | ) |
| | ) |
| Defendants. | ) |

**PARTIES' POSITION STATEMENT**

The plaintiff, Karen D. Vaughn, and the defendants, Jennifer Sullivan, M.D.,[1] the Secretary of the Indiana Family and Social Services Administration ("FSSA"), Director of the Division of Aging, and Director of the Office of Medicaid Planning and Policy, in their official capacities, submit the following position statement in compliance with this Court's December 23, 2020, order:

1.      The Seventh Circuit remanded this case to this Court for further proceedings, issuing its mandate on August 28, 2020.

2.      This Court ordered the parties to "file a position statement notice by January 22, 2021." Dkt. 164.

3.      Ms. Vaughn now receives and directs home-healthcare services through the Participant Directed Home Care Services ("PDHCS") and the Medicaid State Plan.  PDHCS is a pilot program under the State of Indiana's Aged and Disabled Waiver that allows participants to choose their own healthcare providers and direct their own care.

4.      Ms. Vaughn applied for enrollment in the PDHCS, and FSSA approved and authorized her participation on December 22, 2020. The combination of Ms. Vaughn's PDHCS

---

[1] Since the case was filed, the FSSA's Secretary changed her last name from Walthall to Sullivan.

budget and the Medicaid State Plan covers the same costs as the previous personal services contract

between FSSA and Tendercare.

     5.      PDHCS has been approved until the end of January 2022. Because Ms. Vaughn's

services are now provided through PDHCS and Medicaid, it is the parties' position that the case

appears to be moot.

     6.      The parties request that the Court allow them 28 days to finalize and file a stipulation

of dismissal of this case.

     WHEREFORE, the parties, by counsel, submit this position statement to the Court.

Respectfully submitted,

Theodore E. Rokita
Indiana Attorney General
Attorney No. 18857-49

Date: January 22, 2021     By:     Jefferson S. Garn
Deputy Attorney General
Attorney No. 29921-49

Mark W. Sniderman
FINDLING PARK CONYERS WOODY & SNIDERMAN, P.C.
151 N. Delaware St., Ste. 1520
Indianapolis, IN  46204
(317) 231-1100 T
msniderman@findlingpark.com

OFFICE OF INDIANA ATTORNEY GENERAL
Indiana Government Center South, 5th Floor
302 West Washington Street
Indianapolis, Indiana 46204-2770
Phone: (317) 234-7119
Email: Jefferson.Garn@atg.in.gov