UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| KAREN D. VAUGHN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 1:16-CV-3257-JMS-DLP |
| | ) |
| JENNIFER WALTHALL, M.D., et al., | ) |
| | ) |
| Defendants. | ) |

> Dismissal acknowledged [166].
> JMS, CJ 2/26/21
> Distribution via ECF.

**Joint Stipulation of Dismissal**

The plaintiff, Karen D. Vaughn, and the defendants—the Secretary of the Indiana Family and Social Services Administration ("FSSA"), Director of the Division of Aging, and Director of the Office of Medicaid Planning and Policy, in their official capacities—now file their stipulation of dismissal of this case under Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, each party bearing their own costs and attorney fees.

WHEREFORE, the parties, by counsel, submit this stipulation of dismissal to the Court.

Date: February 25, 2021            Respectfully submitted,

Theodore E. Rokita
Indiana Attorney General
Attorney No. 18857-49

By:    Jefferson S. Garn
Deputy Attorney General
Attorney No. 29921-49
OFFICE OF INDIANA
ATTORNEY GENERAL TODD ROKITA
Indiana Government Center South, 5th Floor
302 West Washington Street
Indianapolis, Indiana 46204-2770
Phone: (317) 234-7119
Email: Jefferson.Garn@atg.in.gov