UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| KAREN D. VAUGHN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JOHN J. WERNERT, M.D. in his official capacity )<br>as Secretary of the Indiana Family and Social )<br>Services Administration, et. al., )<br>)<br>Defendants. ) | No. 1:16-cv-03257-JMS-DLP |

Exhibits Destroyed May 14, 2021.

Roger A.G. Sharpe, Clerk
BY: _____
Deputy Clerk, U.S. District Court

**CLERK'S ENTRY FOR APRIL 2, 2021**

Counsel are advised that the Plaintiff's <u>remedy hearing exhibits</u> received in the above cause are now released and may be receipted for in the Clerk's Office, Room 105, U.S. Courthouse, 46 E. Ohio Street, Indianapolis, Indiana between 9:00 a.m. and 4:00 p.m.

**<u>The items will be disposed of on April 23, 2021, if not taken.</u>**

Roger A.G. Sharpe, Clerk
BY: _____
Deputy Clerk, U.S. District Court

Distribution:

Jefferson S. Garn
INDIANA ATTORNEY GENERAL
Jefferson.Garn@atg.in.gov

Andrea Elizabeth Rahman
OFFICE OF THE INDIANA ATTORNEY GENERAL
andrea.rahman@atg.in.gov